

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2019

No. 04-19-00455-CV

**IN THE INTEREST OF Y.M., ET AL.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00111
The Honorable Monique Diaz, Judge Presiding

## O R D E R

The Appellant's (R.V.) Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before September 11, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court